NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-1149 consolidated with 06-1148

STATE OF LOUISIANA, *EX REL*. CHARLES C. FOTI, JR.,
ATTORNEY GENERAL
VERSUS
JANSSEN PHARMACEUTICA, INC., ET AL.

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NOS. 04-C-3967 & 04-C-3977
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE

**********
ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and James T. Genovese, Judges.

MOTION TO DISMISS APPEAL GRANTED. APPEAL CONVERTED INTO APPLICATION FOR SUPERVISORY WRIT.

Patrick C. Morrow
James P.  Ryan
Jeffrey M. Bassett
Post Office Drawer 1787
324 W. Landry
Opelousas, LA 70570
(337) 948-4483
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General

Kenneth W. DeJean
417 West University Avenue
Lafayette, LA 70502
(337) 235-5294
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General


Robert L. Salim
1762 Texas Street
Natchitoches, LA 71467
(318) 352-5999
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General


Kenneth T. Fibich
W. Michael Leebron
1401 McKinney, Suite 1800
Houston, TX 77010
(713) 751-0025
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General


Michael W. Perrin
K. Camp Bailey
Bailey Perrin Bailey, LLP
440 Louisiana, Ste. 2100
Houston, TX 77002
(713) 425-7100
COUNSEL FOR PLAINTIFF/APPELLEE:
    State of Louisiana, ex rel. Charles C. Foti, Jr., Attorney General


James B. Irwin
Monique Garsaud
Irwin, Fritchie, Urohart & Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2100
COUNSEL FOR DEFENDANT/APPELLANT:
    Janssen Pharmaceutica, Inc.


Thomas Champion
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047
COUNSEL FOR DEFENDANT/APPELLANT:
    Janssen Pharmaceutica, Inc.

**Brian C. Anderson**
**Michael E. Stamp**
**1625 Eye Street, N.W.**
**Washinton, D.C.  20006**
**(202) 383-5300**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Janssen Pharmaceutica, Inc.**


**James Guglielmo**
**Guglielmo, Lopez, Tuttle, Hunter & Jarrell**
**Post Office Drawer 1329**
**306 East North Street**
**Opelousas, LA 70571-1299**
**(337) 948-8201**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Janssen Pharmaceutica, Inc.**

PICKETT, Judge.

For the reasons given in this Court's opinion issued this date in *State of Louisiana v. Janssen Pharmaceutica, Inc.*, 06-1148 (La.App. 3 Cir. 11/2/06), we hereby convert this appeal into a writ application for consideration on the merits. The appellee is given until November 13, 2006, by which to file any opposition brief, if desired.

**MOTION TO DISMISS APPEAL GRANTED. APPEAL CONVERTED INTO APPLICATION FOR SUPERVISORY WRIT.**

1